# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SARA MELISSA SANCHEZ JUAN,
as PERSONAL REPRESENTATIVE OF THE
ESTATE OF REINA LEE SANCHEZ JUAN,

    Plaintiff,                              Case No.: 6:21-cv-502-RBD-EJK

vs.

ABBOTT LABORATORIES, INC.,
MEAD JOHNSON & COMPANY, LLC,
MEAD JOHNSON NUTRITION COMPANY,

    Defendants,

_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's instructions in the Case Management and Scheduling Order (Doc. 47), the Parties are hereby jointly notifying this Court of the selection of a mediator. The Parties have selected Stephen C. Sawicki, Esquire as the mediator to conduct mediation in this matter, to be concluded before June 20, 2022.

Dated this 2nd day of September, 2021.

                                                    */s/ John F. Romano*_____
                                                  JOHN F. ROMANO, FBN: 175700
                                                  ROMANO LAW GROUP
                                                  Post Office Box 21349
                                                  West Palm Beach, Florida 33416-1349
                                                  Phone: (561) 533-6700
                                                  Fax: (561) 533-1285
                                                  John@romanolawgroup.com
                                                  Sally@romanolawgroup.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 2nd day of September, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ John F. Romano*_____
John F. Romano, Esquire

**Counsel for Abbott Laboratories, Inc.**

Nicole Atkinson, Esquire
Nathan Hill, Esquire
Gunster, Yoakley & Stewart, P.A.
200 S. Orange Ave., Suite 1400
Orlando, FL 32801
407-648-5077; Fax: 407-849-1233
natkinson@gunster.com
nhill@gunster.com


Stephen V. D'Amore (pro hac vice) (lead counsel)
Scott P. Glauberman (pro hac vice)
Bryce A. Cooper (pro hac vice)
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601
312-558-5600; Fax: 312-558-5700
sdamore@winston.com
sglauberman@winston.com
bcooper@winston.com


**Counsel for Mead Johnson & Company, LLC**
**And Mead Johnson Nutrition Company**

Samuel Lanier Felker, Esquire
Baker Donelson Bearman Caldwell & Berkowitz, PC

100 SE Third Avenue
Regions Center, Suite 1620
Fort Lauderdale, FL 33394
954-768-1600
samfelker@bakkerdonelson.com

Michael P. Kaney, Esquire
Baker Donelson Bearman Caldwell & Berkowitz, PC
200 S. Orange Avenue, Suite 2900
Orlando, FL 32801
407-422-6600; Fax: 407-841-0325
mkaney@bakerdonelson.com
achentnik@bakerdonelson.com
fedcts@bakerdonelson.som

Darlene Kay Alt (pro hac vice)
Cara A. Lawson (pro hac vice)
Steptoe & Johnson, LLP
227 West Monroe Ave., Suite 4700
Chicago, IL 60606
312-577-1300
dalt@steptoe.com
clawson@steptoe.com

Anthony Anscombe (pro hac vice)
Steptoe & Johnson, LLP
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
415-365-6700
aanscombe@steptoe.com